IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| ROSLYN PERRYMAN, and STEPHEN PERRYMAN, <br><br> Plaintiffs, <br><br> v. <br><br> HOTEL WETUMPKA AL, LLC (dba, HAMPTON INN, WETUMPKA), <br><br> Defendant | Case No. 2:22-cv-00123-MHH |

## JOINT STIPULATION OF DISMISSAL

COME NOW undersigned counsel of record for Plaintiffs and Defendant (collectively the "Parties") in the above-styled action, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(A)(ii), and, having amicably resolved this dispute through mediation, hereby request the Court dismiss this matter with prejudice, with each party to bear their own attorneys' fees and costs. The Parties jointly stipulate to the dismissal of this action with prejudice, thereby concluding the matter in its entirety.

Respectfully submitted this 20th day of June, 2023.

For Plaintiffs:

*s/ Richard Newton*

Richard R. Newton,
Attorney at Law, P.C.
2100 Southbridge Parkway, Ste 650
Birmingham, AL 35209
(205) 356-2498
richardrussellnewton@gmail.com

For Defendant:

*s/ Peter Bolvig*

Peter Bolvig
Hall Booth Smith PC
2001 Park Place North – Suite 870
Birmingham, AL 35203
(205) 553-9650
PBolvig@hallboothsmith.com