# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Roslyn Perryman, | } |
| Plaintiff, | } |
| v. | } Case No.: **2:22-cv-00123-MHH** |
| Hotel Wetumpka AL, LLC et al, | } |
| Defendant. | } |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulated to dismissal of this action with prejudice. (Doc. #31).

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED: June 29, 2023

GREER M. LYNCH, CLERK

By: _____D. Wiggins_____
        Deputy Clerk